**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DAVID D. MARTIN,** : | |
|     **Plaintiff** : | |
| : | No. 1:15-cv-02118 |
| v. : | |
| : | (Judge Kane) |
| **ZURICH AMERICA, et al.,** : | |
|     **Defendants** : | |

# ORDER

**AND NOW**, on this 30th day of June 2016, **IT IS HEREBY ORDERED THAT** Plaintiff's motion to remand (Doc. No. 7), is **DENIED**, and Defendants' motion for leave to file a sur-reply brief (Doc. No. 12), is **DENIED AS MOOT**.

                                                             S/ Yvette Kane
                                                             Yvette Kane, District Judge
                                                             United States District Court
                                                             Middle District of Pennsylvania